# First District Court of Appeal
## State of Florida

_____

No. 1D19-1629
_____

ROGER DARNELL HUGHES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


July 18, 2019


PER CURIAM.

DENIED. *See* Fla. R. App. P. 9.141(d)(5).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Roger Darnell Hughes, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.